Robson, trustee, v. Shelnutt.

Beck, J. No errors of law are complained of, and there being sufficient evidence to authorize the jury to find a verdict for the defendant in error, the judgment of the court below refusing a new trial is

Affirmed. All the Justices concur, except Fish, C. J., absent.

Submitted June 7, 1906.—Decided January 18, 1907.

Processioning. Before Judge Parker. Washington superior court. November 18, 1905.

Evans & Evans and Hines & Jordan, for plaintiff in error.

Gus. H. Howard, contra.